UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 13 CR 103 |
| Plaintiff, | ) | |
| | ) | Judge Robert W. Gettleman |
| v. | ) | |
| | ) | |
| CORNELIUS PAXTON, RANDY WALKER, RANDY PAXTON, ADONIS BERRY, and MATTHEW WEBSTER, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order of July 31, 2014, which appeal is from the suppression of statements made by defendants.

Respectfully submitted.

ZACHARY T. FARDON
United States Attorney

*/s/   Jennie H. Levin*
DYLAN SMITH
JENNIE H. LEVIN
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5372

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the Notice of Appeal was served pursuant to the district court's ECF system, on August 28, 2014.

/s/   Jennie H. Levin
JENNIE H. LEVIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5372
Jennie.Levin@usdoj.gov