UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13 CR 103 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| CORNELIUS PAXTON, ET AL. ) | |

**JOINT STATUS REPORT**

Defendants CORNELIUS PAXTON, RANDY WALKER, RANDY PAXTON, ADONIS BERRY, and MATTHEW WEBSTER, by their attorneys, and the UNITED STATES OF AMERICA, by its attorney JENNIE LEVIN, submit this joint status report pursuant to the Court's order dated April 2, 2015.

1. As previously reported, the government has now tendered to the parties the discovery related to racial profiling and selective prosecution presently ordered by this Court.

2. The two stash house cases pending before Chief Judge Castillo, *United States v. Brown*, 12-CR-632, and *United States v. Williams*, 12-CR-887, continue in the pretrial discovery phase, including the litigating of additional discovery motions. In April, per Chief Judge Castillo's order dated March 25, 2015, the government produced thousands of pages of discovery to the defendants in *Brown* and *Williams* (discovery not yet sought or produced in the instant case). The most recent status in *Brown* and *Williams* took place on June 10, 2015. The next status date is July 14, 2015. Chief Judge Castillo has not yet set a deadline for the filing of dispositive motions in *Brown* and *Williams*.

3. Defendants continue to ask this Court to hold the instant case in abeyance until the filing of dispositive motions in *Brown* and *Williams*. The government does not object to this request.

1

Respectfully submitted,

| | |
|---|---|
| ZACHARY FARDON<br>United States Attorney<br>By:    /s/ Jennie Levin<br>Assistant United States Attorney<br>219 S. Dearborn Street, 5th Floor<br>Chicago, IL 60604<br>(312) 353-1998 | STANDISH E. WILLIS<br>Law Office of Standish E. Willis, Ltd.<br>   /s/ Standish E. Willis<br>29 E. Madison Street, Suite 1802<br>Chicago, IL 60602<br>(312) 750-1950<br>Attorney for Cornelius Paxton<br><br>J. CLIFFORD GREENE, JR.<br>Law Office of J. Clifford Greene, Jr.<br>   /s/ J. Clifford Greene, Jr.<br>1 South Dearborn Street, Suite 2100<br>Chicago, IL 60603<br>(312) 212-4412<br>Attorney for Randy Walker<br><br>THOMAS C. BRANDSTRADER<br>Law Office of Thomas C. Brandstrader<br>   /s/ Thomas C. Brandstrader<br>53 West Jackson Blvd. #615<br>Chicago, IL 60604<br>(847) 577-5297<br> Attorney for Randy Paxton<br><br>BART BEALS<br>Beals Law Firm<br>   /s/ Bart Beals<br>150 N. Michigan Ave., Suite 2800<br>Chicago, IL 60601<br>(312) 863-8663<br>Attorney for Adonis Berry<br><br>CAROL A. BROOK<br>Executive Director, Federal Defender Program<br>By:    /s/ Candace R. Jackson<br>55 E. Monroe Street, Suite 2800<br>Chicago, IL 60603<br>(312) 621-8348<br>Attorney for Matthew Webster |

## **CERTIFICATE OF SERVICE**

The undersigned, Candace R. Jackson, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## **JOINT STATUS REPORT**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on June 16, 2015, to counsel/parties that are non-ECF filers.

                                        By: /s/ Candace R. Jackson
                                        Candace R. Jackson
                                        FEDERAL DEFENDER PROGRAM
                                        55 E. Monroe Street, Suite 2800
                                        Chicago, Illinois 60603
                                        (312) 621-8343